## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CENTRALSQUARE
TECHNOLOGIES, LLC,

       Plaintiff,

v.                                                                     Case No:  6:25-cv-1294-RBD-DCI

THE NATIONAL BOARD OF
BOILER AND PRESSURE VESSEL
INSPECTORS,

       Defendant.

_____

### AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

      The Court, having entered an Order granting the Plaintiff's Motion to amend the Case Management Scheduling Order (Doc. 87), enters this Amended Case Management Scheduling Order, which is designed to secure the just, efficient, and inexpensive resolution of this action. Fed. R. Civ. P. 1, 16(b); Local Rules 1.01(b), 3.02(c). All other provisions of the Case Management  and  Scheduling Order (Doc. 50) continue to apply.

---

**IMPORTANT NOTICE**

The Court will strictly enforce the deadlines set in this CMSO. Such deadlines are effective unless modified by a written Order. The parties may not modify the Court's deadlines by any other means—including by an agreement that is not presented to and approved by the Court. *See* Local Rule 3.05.

---

| Event | Deadline |
|---|---|
| Mediation<br><br>*Within fourteen (14) days of this CMSO, Designated Lead Counsel shall—after conferring with opposing counsel and the mediator—* | |

| | |
|---|---|
| *file a Notice with the Court advising of the specific date and location of the parties' mediation.* | |
| Deadline: | July 20, 2026 |
| Mediator: | Frederick J. Lauten |
| Expert Witness Disclosures and Reports | |
| Plaintiff: | August 17, 2026 |
| Defendant: | September 14, 2026 |
| Rebuttal (if necessary): | September 28, 2026 |
| Completion of Discovery | October 16, 2026 |
| Summary Judgment, *Daubert*, and *Markman* Motions | November 6, 2026 |
| Pre-Trial Meeting  *Must take place in person* | January 29, 2027 |
| Joint Final Pretrial Statement ("PTS") and Trial Briefs (if necessary)  *The PTS must include as attachments Deposition Designations and Objections, Witness Lists, Exhibit Lists, Jointly Proposed Voir Dire Questions, Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form.*  *The parties must file the PTS (with all attachments) on CM/ECF and must email editable copies of such documents (in Microsoft Word® format) to* [chambers_flmd_Dalton@flmd.uscourts.gov](mailto:chambers_flmd_Dalton@flmd.uscourts.gov).  **The case must be prepared for trial on this date.** | February 8, 2027 |
| A Single Motion *In Limine* for Each Party and Any Other Motions  *Does not include* Daubert *Motions*  *Seven (7)-day response time* | January 25, 2027 |
| Final Pretrial Conference | March 18, 2027 10:00 AM |
| Revised Trial Materials | March 25, 2027 |

| | |
|---|---|
| *Only if warranted by events at the PTC*<br><br>*The revised materials may include revised Deposition Designations and Objections, Witness Lists, Exhibit Lists, Jointly Proposed Voir Dire Questions, and Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form.*<br><br>*The parties must file the Revised Trial Materials on CM/ECF and must email editable copies of such documents (in Microsoft Word® format) to chambers_flmd_Dalton@flmd.uscourts.gov.* | |
| Commencement of the Trial Term | April 5, 2027 |
| Bench or Jury: | Jury |

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 18, 2026.



ROY B. DALTON, JR.
United States District Judge